Case 1:09-cv-02193-BEL   Document 4   Filed 09/09/2009   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MACHILLE D. SACK**
1217 Piney Breeze Lane
Westminster Maryland 21157
Plaintiff

                                        **CASE No.** 1:09cv02193

**vs.**

**FRACASSI MAHDAVI SISSMAN & RAND, LLP**
600 Jefferson Plaza, Suite 308
Rockville, Maryland, 20852
Defendant

     **COMES NOW** Machille D. Sack, the Plaintiff herein, by her undersigned

counsel, David E. Bokeno, Esq., and hereby respectfully requests this Honorable

Court as follows:

<u>DISMISSAL</u>

    1.  That this Honorable Court dismiss the above titled action.

                                 Respectfully submitted,

                                  _____/s/_____
                                  David E. Bokeno
                                  205 East 28th Street
                                  Baltimore, MD 21218
                                  410-243-53943 phone
                                  410-243-1550 fax
                                  Davidbo1964@yahoo.com
                                  Attorney for Plaintiff
                                  Bar ID:  25492

Date:  09/02/2009

APPROVED THIS __14th__ **DAY OF** __September 2009__

_Benson Everett Legg_

BENSON EVERETT LEGG, U.S.D.J.

